**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sonji Prince PABELLON, a/k/a Sonji**
**Prince, Defendant–Appellant.**

**No. 03–6783.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 15, 2003.

Decided July 23, 2003.

Sonji Prince Pabellon, Appellant Pro Se. Harold Watson Gowdy, III, Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Sonji Prince Pabellon appeals the district court's denial of her motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Pabellon,* No. 98–CR–1169 (D.S.C. Mar. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*